STATE OF CONNECTICUT *v.* JAMES EVANS

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 307 (AC 15143), is denied.

*Donald Dakers,* special public defender, in support of the petition.

Decided April 10, 1997

ANNA ROLLER SCHUCHMANN *v.* CITY OF MILFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 44 Conn. App. 351 (AC 15275), is denied.

*Matthew B. Woods* and *Cynthia C. Anger,* in support of the petition.

*John F. Fallon,* in opposition.

Decided April 10, 1997

SUSAN L. FERRIS *v.* WILLIAM J. CLARK

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 902 (AC 14312), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*William J. Clark,* pro se, in support of the petition.

Decided April 10, 1997